## LAZARUS v. BOYNTON.

(Supreme Court, Appellate Term.    January 19, 1904.)

1. APPEALS—MUNICIPAL COURT ACT—NONSERVICE OF SUMMONS—DETERMINA-
TION.

Under Municipal Court Act (Laws 1902, p. 1578, c. 580) § 311, providing
for appeals from a judgment against a defendant personally served but
who does not appear, an appeal lies from a judgment on the ground of
nonservice of the summons, and in case of such appeal the provisions
of Code Civ. Proc. § 3057, providing for affidavits on appeal founded on
error in fact, are applicable.

2. SAME—MATTERS NOT DISPUTED.

On appeal by defendant from a judgment of the Municipal Court on
the ground of nonservice of summons, where the allegations of the affi-
davits as to such nonservice are not disputed by plaintiff, they must be
taken as true, and the judgment be reversed.

Appeal from Municipal Court, Borough of Manhattan, Ninth Dis-
trict.

Action by Hyman Lazarus against Paul Boynton. From a judg-
ment for plaintiff, defendant appeals.    Reversed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and
GREENBAUM, JJ.

Alfred R. Bunnell, for appellant.
Sol A. Hyman, for respondent.

FREEDMAN, P. J.    The defendant herein, claiming that he was
never served with a process in this action, and not having appeared in
the lower court, either in person or by attorney, brings this appeal, and
with it submits affidavits, copies of which have been served upon the
respondent herein, and asks for a reversal of the judgment entered
against him.

The respondent claims that this appeal cannot lie for want of any
provision therefor in the Municipal Court Act (Laws 1902, p. 1485, c.
580) that affidavits in support thereof cannot be read, as section 3057,
Code Civ. Proc., has no application to municipal courts, and that the
appellant's remedy in a case of this kind is by motion in the court be-
low, and not by an appeal in the first instance.    The respondent is in
error.    This court, in the case of Austen v. Columbia Lubricants Com-
pany (Appellate Term, Oct. 1903), 85 N. Y. Supp. 362, Mr. Justice
Bischoff writing the opinion, has held that, under section 311 of the
Municipal Court Act (page 1578), an appeal lies from a judgment of the
Municipal Court on the ground of nonservice of the summons (citing
Hurry v. Coffin, 11 Daly, 180); and in the same case, Mr. Justice
Freedman writing a concurring opinion, it was also held that in case
of such an appeal the provisions of section 3057 were applicable as a
method of procedure in determining such appeal.    The appellant
herein has fully complied with both sections, and, the respondent
not having disputed the allegations set forth in the affidavits as to non-
service of the process upon the defendant, they must be taken as true,
and the judgment reversed.

Judgment reversed, with costs.    All concur.